O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARMASIVAN GOUNDER,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. CV 12-04886 RZ<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for the awarding of benefits.

DATED: January 29, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE