1  Shanny J. Lee, Calif. Bar No. 213599
   LAW OFFICES OF HARRY J. BINDER
2  AND CHARLES E. BINDER, P.C.
3  770 The City Drive South Suite 2000
   Orange, CA 92868
4  Phone (714) 564-8644
5  Fax   (714) 940-0311
   Email: shannyjlee@gmail.com
6
7  Attorneys for Plaintiff Parmasivan Gounder

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PARMASIVAN GOUNDER | ) No. CV 12-04886 RZ |
| | ) |
| Plaintiff, | ) ~~PROPOSED~~ **ORDER AWARDING** |
| | ) **ATTORNEY FEES UNDER THE** |
| v. | ) **EQUAL ACCESS TO JUSTICE** |
| | ) **ACT, PURSUANT TO 28 U.S.C.** |
| MICHAEL J. ASTRUE, | ) **§ 2412(d), AND COSTS, PURSUANT** |
| Commissioner of Social Security, | ) **TO 28 U.S.C. § 1920** |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND FIVE HUNDRED dollars and 00/100's ($3,500.00), and costs under 28 U.S.C. § 1920, in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS

1

1  ($350.00)~~, subject to the terms of the above-referenced Stipulation.  Any payment~~
2  ~~shall be delivered to Plaintiff's counsel.~~

Dated: February 14, 2013

_____
HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE