Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 940-0311
Email:  shannyjlee@gmail.com

Attorneys for Plaintiff Parmasivan Gounder

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PARMASIVAN GOUNDER<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | No. CV 12-04886 RZ<br><br>~~PROPOSED~~ **ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND FIVE HUNDRED dollars and 00/100's ($3,500.00), and costs under 28 U.S.C. § 1920, in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS

1

1  ($350.00)~~, subject to the terms of the above-referenced Stipulation.  Any payment~~
2  ~~shall be delivered to Plaintiff's counsel.~~
3
4  Dated: February 14, 2013                    */s/ Ralph Zarefsky*
                                               _____
5                                              HON. RALPH ZAREFSKY
                                               UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28